# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

ANN GATES MIDDLETON,

    Plaintiff,

v.

WELLS FARGO, N.A., *et al.*,

    Defendants.

Case No. 2:15-cv-01875-LDG (PAL)

**ORDER**

    For good cause shown,

    THE COURT **ADOPTS** the Report and Recommendation (ECF No. 15);

    THE COURT **ORDERS** that this matter is DISMISSED; The Clerk of the Court is instructed to close this matter and enter judgment accordingly;

    THE COURT FURTHER **ORDERS** that Plaintiff's Motion for District Court to Reconsider Order (ECF No. 6) is DENIED as moot.

DATED this ___14___ day of September, 2017.

Lloyd D. George
United States District Judge